STATE OF NEW JERSEY v. FRED GAINER.

September 26, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ANDRE COOPER.

September 26, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWIN VIENTOS.

September 26, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE JOHNSON.

September 26, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY WILSON.

September 26, 1989.

Petition for certification denied.